IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED FARRELL NORMAN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | Case No. 19-cv-01173-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO DELIVER DOCUMENTS TO SAN FRANCISCO DIVISION; DENYING MOTION FOR LEAVE TO PAY FILING FEE IN INSTALLMENTS; EXTENDING DEADLINE TO FILE AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE; DENYING MOTION TO SUPPLEMENT COMPLAINT AND TO APPOINT COUNSEL** |

Before the Court are three documents, titled, respectively, "Motion in Response to I.F.P./Request for an Attorney," "Installment Agreement," and "Motion to Supplement Civil Rights Complaint/Request for Attorney," each filed April 1, 2019. Having read and considered the above-referenced filings, the Court rules as follows:

1. On March 28, 2019, plaintiff delivered the three documents to the Office of the Clerk, Oakland Division.[1] Under the Local Rules of this District, however, documents that are manually filed "must be delivered to the Office of the Clerk . . . in the courthouse in which the chambers of the Judge to whom the action has been assigned . . . are located." See Civil L.R. 5-2(a). As the chambers of the undersigned are located in San Francisco, plaintiff is hereby DIRECTED to deliver all future filings, either in person or by mail, to the Office of the Clerk, San Francisco Division, 450 Golden Gate Avenue, 16th Floor, San

---

[1] The Oakland Division subsequently forwarded the documents to the San Francisco Division for filing.

1  Francisco, CA, 94102.

2  2. Plaintiff's "Motion in Response to I.F.P.," which the Court construes as a request to allow plaintiff to pay the $400 filing fee in installments, is hereby DENIED.[2] In light, however, of plaintiff's statement therein that he expects to receive a "commission check" (see Mot., second page), the deadline for plaintiff to either file an amended application to proceed in forma pauperis or, alternatively, to submit the entire $400 filing fee in a single payment is hereby EXTENDED to May 3, 2019.

3. Plaintiff's motion to supplement his complaint is hereby DENIED as premature, as the instant action cannot proceed at this time, given plaintiff's failure, as of today's date, to either pay the filing fee or obtain permission to proceed in forma pauperis.

4. Plaintiff's request for appointment of counsel is hereby DENIED, both as premature and because plaintiff has failed to show he is entitled to such relief.

**IT IS SO ORDERED.**

Dated: April 2, 2019

MAXINE M. CHESNEY
United States District Judge

---

[2] On March 28, 2019, plaintiff delivered $25 to the Office of the Clerk, Oakland Division, which amount the Clerk is returning to plaintiff by mail.

2