IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARRED FARRELL NORMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

Defendants.

Case No. 19-cv-01173-MMC

**ORDER DISMISSING ACTION**

By order filed March 8, 2019, the Court denied plaintiff's application to proceed in forma pauperis, and afforded plaintiff leave to pay, no later than April 12, 2019, the $400 filing fee, or, alternatively, to file by that date an amended application to proceed in forma pauperis. By order filed April 2, 2019, the Court extended said deadlines to May 3, 2019. Plaintiff has neither paid the $400 filing fee nor filed an amended application.

Accordingly, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 10, 2019

MAXINE M. CHESNEY
United States District Judge